**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINAMARIE BARRALES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>NEW CHAPTER, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:25-cv-01171-HDV-KES<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF LILACH H. KLEIN IN SUPPORT OF STIPULATION AND REQUEST FOR REMOTE APPEARANCE ON DEFENDANT'S MOTION TO DISMISS COMPLAINT, SCHEDULED FOR MAY 15, 2025**<br><br>Date:　May 15, 2025<br>Time:　10:00 a.m.<br>Ctrm:　5B<br>Judge: Hon. Hernán D. Vera<br><br>Action Filed: Feb. 11, 2025<br>Trial Date: None Set |

I, Lilach H. Klein, hereby declare the following pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the State Bar of California and the Central, Northern, Southern, and Eastern Districts of California, and I, along with my colleagues, represent Plaintiff Tinamarie Barrales ("Plaintiff") in the above-captioned action. I submit this Declaration in Support of the Stipulation and Request for Remote Appearance on Defendant's Motion to Dismiss Complaint. I make this Declaration based on my personal knowledge and if called to testify, I could and would competently testify to the matter contained herein.

2. On May 6, 2025, the Parties, through counsel, met and conferred regarding the upcoming hearing on Defendant's motion to dismiss, including, subject to the Court's approval, permitting a remote appearance for Plaintiff's counsel.

3. I am in my third trimester of pregnancy and will be 37 weeks pregnant on May 15, 2025. Given this medical condition and the risk of premature labor, I would like to avoid airplane travel and travel outside of Sacramento County where I reside. Based on these facts, I believe good cause exists to permit a remote appearance at the hearing on Defendant's motion to dismiss.

Dated: May 7, 2025

CROSNER LEGAL, P.C.

By:   /s/ Lilach H. Klein
      Lilach H. Klein

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
lilach@crosnerlegal.com
*Attorneys for Plaintiff and the Proposed Class*

1

*Barrales v. New Chapter, Inc.*, Case No. 2:25-cv-01171-HDV-KES
DECLARATION IN SUPPORT OF STIPULATION AND REQUEST FOR REMOTE APPEARANCE ON DEFENDANT'S MOTION TO DISMISS