**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINAMARIE BARRALES, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>  v.<br><br>NEW CHAPTER, INC.,<br><br>          Defendant. | Case No. 2:25-cv-01171-HDV-KES<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST FOR REMOTE APPEARANCE ON DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Hernán D. Vera |

## [PROPOSED] ORDER

Having reviewed the Parties' stipulation and declaration by Plaintiff's counsel, and good cause appearing, the Court orders that Plaintiff's counsel may appear remotely at the May 15, 2025 hearing on Defendant's motion to dismiss complaint.

Dated: _____    _____
                                                      Honorable Hernán D. Vera
                                                      United States District Judge

1

*Barrales v. New Chapter, Inc.*, Case No. 2:25-cv-01171-HDV-KES
[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST FOR REMOTE APPEARANCE ON DEFENDANT'S MOTION TO DISMISS