Alexander L. Schultz (Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
aschultz@cov.com

*Attorney for Defendant New Chapter, Inc.*

Lilach H. Klein (Bar No. 323202)
Michael T. Houchin (Bar No. 305541)
Zachary M. Crosner (Bar No. 272295)
CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, California 90210
Telephone: + 1 (866) 276-7637
Facsimile: + 1 (310) 510-6429
lilach@crosnerlegal.com
mhouchin@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiff Tinamarie Barrales*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINAMARIE BARRALES,<br><br>Plaintiff,<br><br>v.<br><br>NEW CHAPTER, INC.,<br><br>Defendant | Civil No. 2:25-cv-01171-HDV-KES<br><br>**JOINT NOTICE OF SETTLEMENT** |

Defendant New Chapter, Inc., with consent of Plaintiff Tinamarie Barrales (collectively, the "Parties"), hereby provides notice that the Parties have reached an individual settlement of this matter in principle. The Parties are working on finalizing the

terms of the settlement and anticipate filing a Stipulation for Dismissal with Prejudice within the next thirty (30) days.

Dated: August 12, 2025                     Respectfully submitted,

/s/ *Alexander L. Schultz*

Alexander L. Schultz (Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
aschultz@cov.com

*Attorney for Defendant*
*New Chapter, Inc.*

/s/ *Michael T. Houchin*

Lilach H. Klein (Bar No. 323202)
Michael T. Houchin (Bar No. 305541)
Zachary M. Crosner (Bar No. 272295)
CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, California 90210
Telephone: + 1 (866) 276-7637
Facsimile: + 1 (310) 510-6429
lilach@crosnerlegal.com
mhouchin@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiff*
*Tinamarie Barrales*

**Local Rule 5-4.3.4 Certification**

I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Alexander L. Schultz*
Alexander L. Schultz

JOINT NOTICE OF SETTLEMENT