Michael T. Houchin (Bar No. 305541)
Lilach H. Klein (Bar No. 323202)
Zachary M. Crosner (Bar No. 272295)
CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, California 90210
Telephone: + 1 (866) 276-7637
Facsimile: + 1 (310) 510-6429
lilach@crosnerlegal.com
mhouchin@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiff Tinamarie Barrales*

Alexander L. Schultz (Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
aschultz@cov.com

*Attorney for Defendant New Chapter, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINAMARIE BARRALES <br><br> Plaintiff, <br><br> v. <br><br> NEW CHAPTER, INC., <br><br> Defendant | Civil No. 2:25-cv-01171-HDV-KES <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tinamarie Barrales, together with Defendant New Chapter, Inc., hereby jointly stipulate to the dismissal of the above-captioned action with prejudice.  Each side is to bear its own attorneys' fees and costs.


Dated: September 17, 2025                    Respectfully submitted,


                                             */s/ Michael T. Houchin*

                                             Michael T. Houchin (Bar No. 305541)
                                             Lilach H. Klein (Bar No. 323202)
                                             Zachary M. Crosner (Bar No. 272295)
                                             CROSNER LEGAL, P.C.
                                             9440 Santa Monica Blvd. Suite 301
                                             Beverly Hills, California 90210
                                             Telephone: + 1 (866) 276-7637
                                             Facsimile: + 1 (310) 510-6429
                                             lilach@crosnerlegal.com
                                             mhouchin@crosnerlegal.com
                                             zach@crosnerlegal.com

                                             *Attorneys for Plaintiff*
                                             *Tinamarie Barrales*

                                             */s/ Alexander L. Schultz*

                                             Alexander L. Schultz (Bar No. 340212)
                                             COVINGTON & BURLING LLP
                                             1999 Avenue of the Stars
                                             Los Angeles, California 90067-4643
                                             Telephone: + 1 (424) 332-4800
                                             Facsimile: + 1 (424) 332-4749
                                             aschultz@cov.com

                                             *Attorney for Defendant New Chapter, Inc.*

2

**Local Rule 5-4.3.4 Certification**

I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.


*/s/ Michael T. Houchin*

3